**COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)**

NORTHERN DISTRICT OF TEXAS ... 2004 CLERK ... COURT By ___

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE Northern DISTRICT OF TEXAS**
**Abilene DIVISION**

Sammy V. Houston Jr. # 356172
**Plaintiff's name and ID Number**

Lynaugh Unit 1098 FM 2037 Ft. Stockton, Tx 79735
**Place of Confinement**

**CASE NO:** 1-04CV-255 C
**(Clerk will assign the number)**

v. KFC General Manager Veda Barfield, KFC Asst General Manager Brandy Johnson, KFC Employee Amber (Last Name unknown) Hwy 377 E. Granbury, Tx 76048 "Kentucky Fried Chicken"
**Defendant's name and address**

KFC Shift Supervisor Karen Scott, and KFC Shift Supervisor Lacy Williams at Hwy 377 E. Granbury, Texas 76048 Kentucky Fried Chicken
**Defendant's name and address**

"PPB" Supervisor David Clark, Supervisor (Jane Doe); Parole officer Mrs. R. Larson, Electronic Monitor Officer Mrs. S. Eagleston - Board of Pardon and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711
**Defendant's name and address**

**(DO NOT USE "ET AL.")** Veronica Bullard (Director), Victor Rodriguez (Chairman), Vicki Hallman (Director) Texas Board of Pardon and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711

## I. PREVIEW LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? X YES ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: Jun 20, 1987
2. Parties to previous lawsuit:
   Plaintiff(s) Sammy Houston
   Defendant(s) Belts et al ~~211 West Ferguson/Room 309 Tyler, Tx 75~~
3. Court (If federal, name the district; if state, name the county) U.S. District Clerk's Office, 211 west Ferguson/Room 309 Tyler, Tx 75702
4. Docket Number: Do not Remember
5. Name of judge to whom case was assigned: Do not Remember
6. Disposition: (Was the case dismissed, appealed, still pending?)
   dismissed - but do not ~~reem~~ remember why!
7. Approximate date of disposition: Do not ~~remb~~ remember

**II. PLACE OF PRESENT CONFINEMENT:** LYNAUGH UNIT FT STOCKTON, TX

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

**Have you exhausted both steps of the grievance procedure in this institution? X YES __ NO**

**Attach a copy of the Step 2 grievance with the response supplied by the prison system.**

**IV. PARTIES TO THIS SUIT:**

**A. Name of address of plaintiff:** Sammy V. Houston #356172 LYNAUGH UNIT 1098 FM 2037 FT STOCKTON, TX 79735

**B. Full name of each defendant, his official position, his place of employment, and his full mailing address.**

**Defendant #1:** Mrs. VEDA BArfield, Mrs. Brandy Johnson did violent plaintiff established Constitutionally Employment Et al protected right 8th, 14th, 1st, 5th Amendment 6th and 4th Amendments to the Constitution.

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

Mental illness, mental health, Emotional and physical disorder distress, anguish, and nightmares, oppression Et al.)

**Defendant #2:** AMBER (last Name unknown); Ms. Karen Scott, Mrs. Lacy Williams. violent plaintiff 1st, 5th, 6th, 8th, 14th Amendment/Employment Rights.

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

Mental illness, Mental and physical health, Emotinal, physical disorder Et al

**Defendant #3:** Supervisor David Clark did violent plaintiff 1st, 5th 6th, 8th, 14t Established Constitutionally Amendment Rights.

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

oppression, mental health, Emotional and physical disorder distres, anguish Et al above.

**Defendant #4:** Mrs. R. Carson and Mrs. S. Eagleston did violent plaintiff Established Constitutionally protected right of 1st, 5th, 6th, 8th, 14th Amendment

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

Oppression, mental health, Emotional and physical disorder Et al above.

**Defendant #5:** Veronica Ballard, Victor Rodriquez, Vicki Hallman (Same as above)

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

Same as above on Top! 1st, 5th, 6th, 8th, 14th Con. Amen. / "Having plaintiff unlawfully CONFINEMENT over his 20 Years and Judgement!"

**V. STATEMENT OF CLAIM:**

**State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.**

All Defendant(s) did get together to falsify, conspire and make false Allegation of Sexual Harassment Charge to have

plaintiff wrongful termination; To bring nothing but harm to the plaintif with their hate anz Racism, discriminate; anz not allowing plaintiff to be free from all of this. (see: plaintiff statement of facts on pages from 1-25) plaintiff is Sueing all Defendant's in their "Individual anz Official" Capacity for their personal knowing in they was in violent of plaintiff civil established constitutionally Employment anz Human protected Amendment rights by the U.S.A. Con. They cause plaintiff anz his family nothing but oppression, mental, Emotional, ~~ph~~ physical disorder, distress, anguish Etal by their action." Having plaintiff unlawfully confinement over his 20years."

**VI. RELIEF:** "All the ~~e~~ Issue of this Lawsuit are one Issue that go together as one," "They all play apart of Each other that ~~both~~ did bring on the Cause"

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

"That Each Defendant(s) be force to pay plaintiff $50,000.00 to $250,000.00 for their knowing wrong they done the plaintiff anz His family or what the court see is ~~our~~ right anz for by laws of the U.S.A. See to Justice is done anz Serve."

**VII. BACKGROUND INFORMATION:**

A. **State, in complete form, all names you have ever used or been known by including any and all aliases:**

Sammy Houston, Sammule V. Houston

B. **List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.**

only #356172

**VII. SANCTIONS:**

A. **Have you been sanctioned by any court as a result of any lawsuit you have filed?**

___ **YES** X **NO**

B. **If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)**

1. **Court that imposed sanctions (if federal, give district and division):** N/A
2. **Case Number:** N/A
3. **Approximate date sanctions were imposed:** N/A
4. **Have the sanctions been lifted or otherwise satisfied?** ___ **YES** ___ **NO**

C. **Has any court ever warned or notified you that sanctions could be imposed?** ___ **YES** X **NO**

D. **If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer**

the same questions.)

1. Court that imposed warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warnings were imposed: N/A

Executed on: NOV. 23, 2004
DATE

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 23 (Day) day of NOV. (Month), 20 04 (Year).

SAMMY HOUSTON
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

Defendant(s) Jan Keith (2)

3. Court (If federal, name the district, if state, name the county) U.S. District Clerk's Office 501 West Tenth Street/Room 310 Fort Worth, Texas 76102-3643

4. Docket Number: unknown

5. Name of judge to whom case was assigned: do not remember

6. Disposition: (was the case dismissed, appealed, still pending?) dismissed

7. Approximate date of disposition: dismissed/do not remember

(3)

1. Approximate date of filing lawsuit: Sept. 10, 2001

2. parties to previous lawsuit: plaintiff(s) Sammy Houston

Defendant(s) Bridget Bates, etal

3. Court (If federal, name the district; if state, name the county) U.S. District court Eastern District of Texas 500 Stateline Avenue, Texarkana, Texas 75501

4. Docket Number: 5:01-cv-221

5. Name of judge to whom case was assigned: Do not remember

6. Disposition: (was the case dismissed, appealed, still pending?)

It's on appealed

7. Approximate date of disposition still pending

**Wood & Associates Polygraph Service**
2303 B Roosevelt Dr.
Arlington, Texas 76016
(817) 275-0447
fax: (817) 276-9566

July 31, 2003

Ms. Becky Adams, LPC, RSOTP
Archway Counseling
1307 W. Pearl
Granbury, TX 76048

Dear Ms. Adams,

As you requested, Sammy Houston was administered a polygraph examination on July 31, 2003. Below you will find the official results of the examination.

**SUBJECT DATA**

NAME: Sammy Junior Houston
ADDRESS: 4748 Paluxy Hwy.
Granbury, TX 76048
TX DL NUMBER: 17524394
DATE OF BIRTH: 7-15-64
EDUCATION: 10th grade

**CASE DETAILS**

Prior to the examination Ms. Adams provided copies of statements made by employees at Kentucky Fried Chicken in Granbury, Texas. Mr. Houston was employed there as a crew person and was terminated because of comments he had made. I went through the comments made by the employees and highlighted each thing of questionable nature and discussed them with Mr. Houston.

**PRETEST STATEMENT**

This is not true.

Brandy indicated that Mr. Houston told her that she looked sexy when she was angry and that she needed to go on the Slim Fast plan and told her she looked sexy in street clothes. In response to this, Mr. Houston stated that Brandy is married to a racist and that she had dated a black male in the past and he was angry about the fact that she worked with a black male. He described Brandy as being touchy. He stated he did tell

This is not true

[Exhibit B]

ps. "plaintiff was force by Parole officer, and whole Board of pardons and paroles; KFC Et al to pay out of plaintiff own money for this test." "plaintiff was also Threaten to be put back into prison if he didn't take the test." So, it was not plaintiff free will to do so. ~~When the test was not what they wanting~~ plaintiff was place back in prison with false lies Et al.

Exhibit B1 of 1

Is because she ask me if it was, and I only agree with her.

2

(Houston cont.)

her that her hair looked sexy. He said he did tell her that she needed to try Slim Fast and said he can't recall telling her she looked sexy in street clothes, but he might have.

I said try I not go on.

I do not Remember this/And I know Mrs. Brandy before. Just because does not make me guilty.

The second person who commented about Mr. Houston was Amber. Amber indicated that Mr. Houston told her that her boyfriend was cheating on her and that she was pretty. Mr. Houston stated that he did tell Amber that she is pretty because she is and he told her she needed to go be a model. He said her mother took her to go get photographs made to explore the possibility of her being a model. He said she is 16 or 17 years old and he thinks she is pretty touchy to. He stated he told her things like "if you think your boyfriend is cheating on you, most likely he is".

she ask me if her boyfriend was cheating on her, and by me being a use to be cheater myself I told her what the truth was.

If I can help a young person to be something in life I will.

The third set of comments came from Karen Scott. Ms. Scott indicated that Mr. Houston asked her if talking like that to a black man made her uncomfortable while standing near her. He is alleged to have called her a sexy older woman and asked for a hug. He is alleged to have asked her to marry him. In response to this Mr. Houston stated he specifically remembered asking Karen if it made her uncomfortable for him to stand close to him since he was a black man. He stated he was exploring the way she might feel. He said he sees Granbury as a racist town and he was interested in her feelings about this. He stated he doesn't remember specifically calling her a sexy older woman, but thinks he might have. He said he might have asked her for a hug. He said he worked with her for a long time. He said he is unsure when he said that, but thinks he might have. He stated he never asked her to marry him. — we or they are always hugging, touching one another up there. But that day I never ask her for a hug steal.

we talk about alot of things is why I say this.

She act like I was unseen man or no man in her eyes. She act like She didn't want to opened up with me in the morning.

The fourth and final complainant was Lacy Williams, who is about 20 years old. Lacy indicated that Mr. Houston told her she needed a married man that could get money for her and where there wouldn't be any strings attached. In response to this, Mr. Houston said he told her exactly that. He said Lacy has a history of bad boyfriends and had two children out of wedlock. He said she is always having boyfriend trouble, so he told her she needed to get an older man that was married to give her money and take care of her. She always telling about her Men friends and what she going to do about it. but I never told her I would be that man.

It should be noted that there is some comment in Karen Scott's complaint that he is always grabbing her and others. Because Mr. Houston has either acknowledged, or indicated that he can not specifically recall on each of the verbal complaints, I questioned him about touching the women on their sexual parts. He indicated that he had not done that. He said it is a crowded work area and they might have bumped one another from time to time, but he specifically denied touching the women sexually.

It was a lie here, and it was the truth I told here that I didn't do it.

**RELEVANT QUESTIONS**

1. Did you touch the sexual parts of any female at KFC? . . . "No".
2. Did you grab the sexual parts of any of the women of KFC? . . . "No".

They said I touch and always grabing them, but this lie test said it's not true.

Do to the fact That I am a Sex Offender is why they are making a big thing of this. If I was not a Sex Offender this would not be a big deal.

Exhibit B2

**RESULTS**

Utilizing a You Phase Zone Comparison Technique, a polygraph examination was constructed and administered to Mr. Houston using the above relevant questions. Evaluation of the polygraph charts failed to reveal criteria indicative of deception to the relevant questions.

Respectfully submitted,

Richard H. Wood
Polygraph Examiner
Texas License #506

RHW/rek

Exhibit
B1 of 3

Exhibit B3




**STATE OF TEXAS**
**BOARD OF PARDONS AND PAROLES**

**December 22, 2003**

Mr. Sammy Houston
TDCJ# 356172
Segovia Unit
1201 East Cibolo Road
Edinburg, Texas 78539

**RE: MOTION TO REOPEN HEARING**

Dear Mr. Houston:

On December 15, 2003, the Board of Pardons and Paroles voted to deny your Motion to Reopen Hearing postmarked October 16, 2002.

Exhibit 2

Sincerely,

Felicia Jackson
Felicia Jackson
Assistant to the General Counsel

FJ

**Cc: Belker D. Paschall, III, Attorney for Releasee**
**File**

I can not find the guy name and Address right now so, I am sending you the Female okay?



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Gary L. Johnson
Executive Director

9/13/04

Sammy Houston # 356172
Lynaugh Unit/1098 S. Hwy 2037
Fort Stockton, Tx 79735

Your correspondence to the TDCJ Parole Division was received and reviewed. Please be assured that the correspondence will be placed in the permanent file and will be made available to the Parole Board members when the offender is reviewed for parole.

Sincerely,

William W. Seigman

William W. Seigman
Director
Review & Release Processing

Exhibit Y

Status Information Line (512) 406-5202

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
PAROLE DIVISION - REVIEW AND RELEASE SECTION
WILLIAM SEIGMAN, DIRECTOR

8712 Shoal Creek Boulevard Suite 100
Austin, Texas 78757

P.O. Box 13401, Capital Station
Austin, Texas 78711-3401



# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: ______

Date Received: ______

Date Due: ______

Grievance Code: ______

Investigator ID #: ______

Extension Date: ______

Date Retd to Offender: ______

**Offender Name:** Sammy Houston **TDCJ #** 356172

**Unit:** LYNAUGH **Housing Assignment:** B114

**Unit where incident occurred:** LYNAUGH

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Unit parole officer / PPB Division When? 10/1/04

What was their response? None

What action was taken? None OCT 12 2004

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

~~Defen~~ The Board of Pardons and paroles only Established policy (seemingly) was Texas Department Criminal Justice parole Division Number PD/AD 22.25 dated 4/13/98 Supersedes 2004 Establishing special Conditions O and M as identified upon the face of offender's BPP's issued Mandatory Supervision Certificate See PIF's STM. There is No Special Condition X identified No where in offender parole files or on STATE OF TEXAS BOARD OF PARDONS AND PAROLES NOTICE OF PAROLE PANEL DECISION - Notice: Special Conditions O is clearly synonymous to V.A.T.C. Gov't § 508.187 Child Safety Zone Regulations which clearly states (No doubt for constitutionally protected purposes) this statute only implies to releasees serving a sentences for Enumerately listed penal offenses below (identified therein § 508.187 supra). Wherein special condition O of TDCJ NO. PD/AD 22.25 date "4/13/98 - 2004" Other: Child Safety Zone (special condition O, T) - shall be imposed for Offenders serving sentences for crimes against Children under the age of 17: (See listed offenses). Therefore, parole officials falsified government documents relating to Court procedures and falsely misrepresented that Houston has been convicted of Aggravated Sexual Assault (PC 22.021) against a "17 year old victim" and unlawfully applied Condition O, T or V.A.C.P. Gov't § 508.187 Child Safety Zone regulations that are definitedly punitive having sanctions of extreme restraints and restrictions with much liberty and privilege deprivations, that why legislature's Explicit Languag identifies "releasees" serving a sentence for one of the below penologically listed offenses. Likewise, with special Condition M (TDCJ PD. NO - PD/AD 2.2.25 dated 4/13/98 - 2004) special condition M is clearly synonymoys to V.A.C.C.P. art 62.01 - 62.13 (1997) Notice V.A.C.C.P art. 62.11 ( 508.187. Child Safety Zone (A) This section applies only to a

I-127 Front (Revised 9-1-2001) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** OCT 12 2004 (OVER)

PRELIMINARY/REVOCATION HEARING WITNESS ADDRESS INFORMATION

RELEASEE'S NAME: Houston, Sammy TDC#: 356172

she will be a witness for the state and why she fired me when ~~no one a week before~~ this had anything to say until she left the store fore two day.

ADVERSE/FRIENDLY WITNESS

| NAME | ADDRESS | ADVERSE | FRIENDLY |
|---|---|---|---|
| Veda Barfield(d) — no one say any thing ~~that~~ sat. at the meeting I was doin the shit they say I was. | KFC Hwy 377 E. Granbury Tx ZC: 76048 PH# (817) 579-0458 | (✓) | ( ) |
| Dorothy Houston | 4748 Paluxy Hwy → Granbury Tx ZC: 76048 PH# (817) 279-6326 | would say I did not go outside that day and we call and told them about monitoring acting up. About two months. | |
| Becky Adams | She will be a witness to talking to Ms. Carlsen on the Sex offender Treatment/sexual Harassment ZC: PH# ( ) | ( ) | |
| Robert Reed | that He will be a witness to how monitoring was acting up ZC: PH# ( ) | ( ) | |
| Belkar Paskell | ZC: PH# ( ) | ( ) No one Came out to see if this monitoring was not or (was) not acting right. | |
| David Clark | how I call him about the monitoring acting up and told me all we was going to a hearing for was the monitoring and fees not the Sexual Harassment bull-shit. ZC: PH# ( ) | ( ) | ( ) |
| Sheila Eggleston. | She is bring the fees and Monitoring Charge against me. ZC: PH# ( ) | ( ) | ( ) |

If we was suppose to have a case Conference on this Sexual Harassment ( ) and they are the one who mess up and ~~have~~ had me put into Jail where I would ~~not~~ not be able to go to the Case Conference why should she be allow to bring it up in the hearing as her Adjustment Statement? When She And Mrs Adams agreen on how they would take care of it And that Mrs. Adams feel I Should not be sent back to prison, Jail Etc al which it would not do any good.

ZC: PH# ( )

Exhibit P

ZC: PH# ( )

ZC: PH# ( )

At 1

To whom it may concern:

While I was working at KFC there was a lot of fighting and huge arguments that would happen daily. Specificly between the manager Brandi, now the assistant manager. She would bring her personal life in at work. Which usually started fights between other co-workes. when other employees were having a conversation she would always drop in on what people were talking about and never once have I heard her quietly talk about it. Or customers could even hear her. the whole incodent about Sammy getting fired because of sexual harassment is quit absurd. Sammy is not that kind of person. He is a very polite and considerate person. Never once have I and a couple of my other employees ever seen Sammy hit on or sexually abuse Lacie Williams or Brandi Johnson. As I recall, Lacie Williams was always calling Sammy and asking him to go places. Brandi Johnson was always her co-workers if her hair was sexy and if her outfit looked nice. Sammy always answered with the truth and if Lacie and Brandi did not like the answer they would be mad.

Pamela King

Exhibit X

At 2

& I can not attend the hearing on account

that I am in school until 12:30 &

If you need to get a hold of me call 817-366-7091 ← cell

817-279-1885 ← home.

Exhibit X

1 of 2

A+3

I Ryan Maple worked at KFC for 2weeks And the whole time I worked there Vida wouldn't listen to a word any of the guys said up there she would only listen to the weman and I think that is sexist. All of the girls up there would always talk about their Boyfriends and talkin durty. Sammy got fired for no reason Vida said he was sexualy harassing the weman up there and the whole time I worked up there I never saw such a thing. I quit because Veda was very Rude to me I told her I couldn't come to the meeting the next morning and she said she was going to write me up so I said ok, I went to the back to make flower and there was none so I told them It would be aminute I had to make some, and Veda yells well theres no crispy flower what ~~dog~~ do you have to say about that so I made the flower and walked out.

Brandy hated my Girlfriend and was always talking bad about her and that made me feel like crap. I didn't want to work in that environment so thats all I have to say

exhibit A

Ryan Maple

817-573-8485

A+4

you need to talk to the guys at the store. they might have something to say. I feel that the statment I made is true Call me at 573-5390.

Phillip Rosas

Exhibit B

Brandy would always argue with sammy and she and her boyfriend would get mad at us. she would always got to veda about stuff Veda would always take the girls side

A 1 of 2

Phillip Rosas

Exhibit B

A+5

Exhibit K

Veda

we guys tried to talk to Veda about the bull-shit that was going on at KFC. But her females always get to her before we do. Veda alway believe her female against us guys. She alway take the females Side. The night before I was let go from KFC. Me and Brandy husband had words. Me and Brandy had words. You see Brandy husband Come into KFC after we lock our doors and use the phone and put his feets up on Veda Desk. Well, I was doing the floors trying to get out of the store and home. Well, Brandy Husband Stated " You better not get my feets wet". I told Brandy and she stated " You tell him that." I told her that He was not my Boss she was. Brandy Stated " tell him!" I Stated "no," I will tell Veda the next day. Well, as You can See by what Brandy Says and beat me to Veda first who Side Veda took? Like always. Now Mrs. Veda is Coming into this hearing to talk bad or put me down when the last time She was at the hearing She was fighting for me and Saying all this good Staff about me, how She need me; what's Change all that? Not Once di Veda tell me that I was fried to my face for Sexual Harassment I had to fi this out from her Boss once I called hi I am the one who told her boss the

Thur Sam & I Karen Scott I was Opening manager Sam was at the Schedule I ask Him His Number to Clock in, He said 29. When I turned around He was ~~[illegible]~~ to close to me ask me what I thought talking Like this to a Blackman made me uncomfortable. He said I [illegible] a Sexe Older woman. He unclog a Drain ~~[illegible]~~ an ask for a Hug. I ask He what was He going to want Next, No Thanks, He ask me to marry Him I told Him ~~[illegible]~~ that he is already Married He is always Grabing at me & other's

Karen Scott

Ms. Karen Scott said I ask her for a Hug; which I do not remember doing. The only reason I said I may have is because we at KFC always give Each other hugs, back ~~[illegible]~~ Rub etal. She always get mad and talk to me like I was a dog.

A+7

Thursday Karen Scott I was opening manager Sam was at the Schedule + ask Him His Number to Clock in, He said 29 When I turned around He was ~~[illegible]~~ to close to me ask me what I thought talking Like this to a Blackman made me uncomfortable. He said I was a sexe older woman. He unclosed a arm a ~~[illegible]~~ an ask for a Hug. I ask He what was He going to want Next, No Thanks, He ask me to marry Him ~~I told Him is ale that he is already married~~

He is always Grabing at me & other's

Karen Scott

I pass the lie test on this! So they lied here.

A+10

There were several different problems with Sammy Houston. First he would always tell me how to do my job and he could do it better. Everytime he made me mad and I would try to ignore him he would say I look sexy when I was angry. He would talk about my relationship and other peoples relationship saying that there spouses or boyfriends were no good and that they be better off with him. I had tried to give him a cramps check before and he would say "write down that you love me and I would take it from you". He told me that there were two girls that are co-workers that they had crushes on me. He like to stand real close to me to where it felt uncomfortable. He insulted me one time and told me I needed to go on the slim fast plan and then when [illegible] me in street clothes tell me I look sexy. He did this all the time to me and everyone until it didn't make a good work environment.

never told her this

never say this?

lie test never prove this part!

She wrote I hate you on it

She is the one who told me about herself and other women

never was prove by lie test

Bullshit

[illegible]

I call my wife on this how part about Brandy told her how funny I was how sexy how she miss me.

If this is true why didn't she say anything befor now?

At4

Exhibit K

A polygraph Statement of what I feel we should ask at this hearing

Brandy Johnson

1. I never told Brandy or indicated to her that she looked sexy when she was angry when the truth is she not "That's a lie"

2. I never saw Brandy in street clothes to ever make a statement she is sexy in them. "That's a lie"

3. Brandy did ask me if her hair was or look sexy do to she got it cut and new hair color on it. Not only me but the other guys as well who work there. I just told her what she wanted to know, and thought nothing of it after. I did not in any way mean it to be sexy in no way or like I was coming on to her. If she took it that way was her problem not mine. Because I have never been or thought of Brandy in no kind of sexy ways.

4. I told her that she should try Slim Fast that's all.

AMBER

(1) It was Amber who ask me if I thought her boyfriend was cheating on her because she did not trust him.

At11

Exhibit K Page 3 of 3

Said "I thinks I might have" because we all play and Joke around with Each other at work and we all ~~said~~ says ~~think~~ things to each other that we don't mean. This is a Every day thing here at KFC. I do not remember asking Ms. Scott for a hug; but do to they are alway touching and huging each other up there. And if we do good in Something and get money for it and be happy ~~of~~ or Joyful about me all would hug Each other and think nothing of it. That is the only reasons I Said I may have. But I never ask her to marry me.

Lacy Williams

Lacy is alway telling me about her Children and men friends in her life. The father of her Children was in Jail with me once on that last time my parole officer had me put in the Hood County Jail. We talk about Lacy and I told him that he need to forget about Lacy and her other guys; and put his Children first. Anyway Lacy find out about it and thank me for this. She told her Children Daddy that I was cool and okay. That She feel She could talk to me. So, when She has a problem with her men Etc al She run to me. Yes, for the answer. It was always the Same old bullshit and I did not want to hurt her feelings I put up with. I fix's her car, ~~Etc~~ Etc al. But never did I see, thought of Lacy in any kind of Sexy way I Saw her only as a friend and Co-worker nothing else.



At 12

Exhibit A K1 of 4

Parole Officer CARLSEN, Resha

1. It was Mrs. Carlsen who I called myself not Veda Etc al and told about I was fired. She ask me for what I told her.

2. It was Mrs Carlsen who went of to KFC and got the females Statement and told me to stay ~~away~~ away ~~for~~ form KFC.

3. Ms. Carlsen feel I am lying about Every-thing for her own personal reasons. Mrs. Carlsen and the Mineral Wells parole Office been trying to Send me back to prison from 1984 ~~to~~ till the day now. Mrs. Carlsen and Ms. Sheila Eggleston has already per-Judge me from day one by reading and hearing what other parole officers Et c al has to say about me. So I had not Chance with them. The litter thing I do they make a big ~~del~~ deal out of it.

In the ADJUSTMENT STATEMENT At13

Mrs. Carlsen Can not make a Statement on SC# 8X Sex Offender Treatment being unsatisfactory without a note or letter from




**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**CUSTODIAN OF OFFENDER RECORDS**
**TIME CREDIT DISPUTE RESOLUTION**
**FINAL CERTIFICATION DECISION**

Offender Name: ***HOUSTON,SAMMY***
TDCJ#: ***356172***
Offender Location: ***LYNAUGH***

You filed a request for correction of time credited toward the completion of your sentence pursuant to the Department's internal time credit dispute resolution process to address time credit calculation error complaints.

Your request for correction of calculation of the time credit earned toward completion of your sentence was received by the Custodian of Offender Records on ***3-1-2004.*** Pursuant to Section 501.0081 of the Texas Government Code, the Custodian of Offender Records is required to issue a finding in an attempt to resolve the complaint.

The Custodian of Offender Records issues the following finding regarding your complaint:

**There is no error in your present time credit calculations.**

If you are dissatisfied with this response from the Custodian of Offender Records, you may contact State Counsel for Offenders or the Criminal District Court in the county of conviction for further assistance.

This concludes the administrative processing of this complaint by the Texas Department of Criminal Justice.

DATE: ***6-24-04 AJ***

SIGNATURE: Pamela Will

TITLE: ASSISTANT DIRECTOR FOR CLASSIFICATION AND RECORDS

ADDRESS: TDCJ CLASSIFICATION AND RECORDS OFFICE
BOT WAREHOUSE
P.0. BOX 99
HUNTSVILLE, TEXAS 77342

A+14

UNIT COPY T.D.C.J.-INSTITUTIONAL DIVISION 10/21/2004-115
ITS40952 INMATE TIMESLIPS

HOUSTON,SAMMY TDC:00356172 SID:02958615 UNIT: LH
HOUSING/BED: B-2 T08

*PRJ-REL-DATE: 08 12 2006 MAX-EXP-DATE: 09 09 2007
*INMATE STATUS: L3 C MAX TERM: 20 00 00

FLAT TIME CREDITED: 17 01 13 CALC BEGIN DATE: 03 25 1983
GOOD TIME CREDITED: 0 10 28 TDC RECEIVE DATE: 05 12 1983
BONUS TIME CREDITED: 0 01 29 GOOD TIME LOST: 0
WORK TIME CREDITED: 0 00 00 WORK TIME LOST: 0
*TOTAL TIME CREDITED: 18 02 10

This is wrong

*STATUS EFFECT DATE: 04 02 2004 JAIL GOOD TIME RECEIVED: YES

Exhibit M

PAROLE DATA: SUBMITTED FOR BOARD REVIEW

They are miss Adding Plaintiff time here.
There is no way PRJ-REL-DATE 08/12/2006 is right

At 15

UNIT COPY I.D.C.J.-INSTITUTIONAL DIVISION 05/05/2004-208
ITS46952 INMATE TIMESLIPS

HOUSTON,SAMMY TDC:00356172 SID:02958615 UNIT: ~~RB~~ LH

*PRJ-REL-DATE: 12 08 2005 MAX-EXP-DATE: 05 18 2007
*INMATE STATUS: L3 C MAX TERM: 20 00 00

FLAT TIME CREDITED: 16 11 18 CALC BEGIN DATE: 03 25 1983
GOOD TIME CREDITED: 1 03 09 TDC RECEIVE DATE: 05 12 1983
BONUS TIME CREDITED: 0 01 29 GOOD TIME LOST: 0
WORK TIME CREDITED: 0 00 00 WORK TIME LOST: 0
*TOTAL TIME CREDITED: 18 04 26

This show how they could be wrong are adding my time wrong as well too.

*STATUS EFFECT DATE: 04 02 2004 JAIL GOOD TIME RECEIVED: YES

STAT CHG: L3/04 02 04 REFUSING TO WORK 0

PAROLE DATA: SUBMITTED FOR BOARD REVIEW
CHANGE TO: STATUS/

Exhibit
O

A+16

PDKAR008 ASNLH

STATE OF TEXAS
BOARD OF PARDONS AND PAROLES

06/08/2004
PAGE 1

NOTICE OF PAROLE PANEL DECISION

NAME: HOUSTON,SAMMY
SID NUMBER: 02958615 TDCJ-ID NUMBER: 00356172
TDCJ-ID UNIT OF ASSIGNMENT: JAMES LYNAUGH
HOUSING ASSIGNMENT: B-1A CELL: 14

Exhibit N

SUBJECT: Decision Not to Grant Parole - SERVE ALL

After a review of your case, the Board of Pardons and Paroles decision is not to grant you parole and has marked your case as a SERVE-ALL

You have been denied parole for the reason(s) listed below:

2D. THE RECORD INDICATES THAT THE INMATE COMMITTED ONE OR MORE VIOLENT CRIMINAL ACTS INDICATING A CONSCIOUS DISREGARD FOR THE LIVES, SAFETY, OR PROPERTY OF OTHERS; THE INSTANT OFFENSE OR PATTERN OF CRIMINAL ACTIVITY HAS ELEMENTS OF BRUTALITY, VIOLENCE, OR CONSCIOUS SELECTION OF VICTIM'S VULNERABILITY SUCH THAT THE INMATE POSES AN UNDUE THREAT TO THE PUBLIC; THE RECORD INDICATES USE OF A WEAPON.

3D. THE RECORD INDICATES UNSUCCESSFUL PERIODS OF SUPERVISION ON PREVIOUS PROBATION, PAROLE, OR MANDATORY SUPERVISION THAT RESULTED IN INCARCERATION, INCLUDING PAROLE-IN-ABSENTIA REVOCATIONS.

<u>If all your convictions have offense dates prior to 09/01/1996 and you are eligible for Mandatory Supervision</u>, you will not receive further parole reviews and will be released on your projected release date to Mandatory Supervision of the Parole Division.

<u>If you have a conviction with an offense date after 08/31/1996 and you are eligible for Mandatory Supervision</u>, the Board of Pardons and Paroles will review your case when you are within six (6) months of your projected release date to determine if you are to be released. You will be notified of the Board's decision to either:

grant your release on Mandatory Supervision (RMS) and allow your release on your projected release date

or

deny Mandatory Supervision (DMS) and assign you a next review (NR) date.

If released on Mandatory Supervision, you will be required to [illegible] special conditions of mandatory release [illegible]

[illegible]

[illegible]

They already going to put me back on that Electronic monitoring after they know it's no good.

A16

SAMMY V. HOUSTON JR

- VS -

EMPLOYEES/KENTUCKY FRIED CHICKEN IN GRANBURY, TEXAS / TEXAS BOARD OF PARDONS AND PAROLES OFFICIAL OUT OF 8610 Shoal Creek Blvd. AUSTIN, TX 78711

IN THE NORTHERN CIVIL DISTRICT COURT OF ABILENE, TEXAS 79604-1218

# AFFIDAVIT

Before is Sammy V. HOUSTON JR, I am over twenty-one years of age, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am the Plaintiff at the LYNAUGH UNIT in 1098 FM 2037 FT STOCKTON, TEXAS for the Texas Department of Criminal Justice - Institutional Division. The Request of the plaintiff and said Judge of the Court do request that all Defendant's in this matter do turn over all true copies of written, hearing Tapes, polygraph Examination, Revoke hearing, Revocation hearing and any and all Evidence in this matter to court and said Judge at once; regarding plaintiff Sammy V. Houston JR #356172.

I Swear under penalty of perjury that the foregoing is true and correct. Executed on this date, 23 day of NOV. 2004

ps. Sees All Exhibits as "Evidence" in this Case!"

Sammy V. Houston Jr.
LYNAUGH UNIT
1098 FM 2037
FT STOCKTON, TX 79735
Texas Department Of Criminal Justice Institutional Division

BEFORE ME ______________ on this day personally appeared SAMMY V. Houston JR #356172 proved to me through TDCJ ID Card to be the person whose name is subscribed to the foregoing instrument.

Given under my hand and Seal of office the ________ day of ________, 2004 AD.

My commission Expires:

______________

______________
Notary public

["PS. Tried to get Law Library Supervisor to Signature this "Affidavit" but he refuse to do so!"]